PRIVILEGED & CONFIDENTIAL
HF ATTORNEY WORK PRODUCT
SUBJECT TO COMMON INTEREST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>ATHOS ASIA EVENT DRIVEN MASTER FUND; KEVIN XIN LU; FOURWORLD EVENT OPPORTUNITIES, LP; BCIM STRATEGIC VALUE MASTER FUND, LP; MASO CAPITAL ARBITRAGE FUND LIMITED; and MASO CAPITAL INVESTMENTS LIMITED,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 21-mc-_____ |

## ORDER TO SHOW CAUSE

Upon the papers annexed to this Order to Show Cause, including the Application for an *Ex Parte* Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"), the Declaration of Kyle J. Kolb and the exhibits thereto, the Declaration of Marc Kish and the exhibits thereto, the Memorandum of Law in Support of Petitioners' *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782, and all prior pleadings and proceedings had herein, it is hereby:

ORDERED that respondent Duff & Phelps LLC ("Respondent") show cause before this Court at Courtroom _____, United States Courthouse, _____, New York, New York 10007 on the __ day of March 2021 at _____ [a.m. / p.m.], or as soon thereafter as counsel can be heard, why an order, under 28 U.S.C. § 1782, should not be issued in favor of Petitioners: (i) granting the Application for discovery pursuant to 28 U.S.C. § 1782; (ii) authorizing Petitioners to take discovery from Respondent, by issuing the proposed subpoena; and (iii) directing Respondent to comply with the subpoena issued in this case in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

**PRIVILEGED & CONFIDENTIAL**
**HF ATTORNEY WORK PRODUCT**
**SUBJECT TO COMMON INTEREST**

ORDERED that service of this Order to Show Cause on Respondent, together with copies of the paper in support thereof, via personal delivery to Respondent, on or before March ___, 2021, be deemed good and sufficient service thereof; and it is further

ORDERED that copies of oppositions, if any, shall be filed with this Court and served upon Petitioners' counsel via the Court's ECF filing system and by email to Petitioners' counsel at kkolb@herrick.com on or before March __, 2021. Reply papers, if any, shall be filed on or before March __, 2021.

Dated: March __, 2021
New York, New York

SO ORDERED

_____
United States District Judge